Clerk's Office
Filed Date: 8/12/2022

U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
JON Q. WRIGHT, an individual,

    Plaintiff,

-against-                                      **PRELIMINARY INJUNCTION**
                                                  22-cv-04132

"R B MIAH", an individual, Does 1-10,

    Defendant.
------------------------------------------------------------x

**AMON, United States District Judge:**

    This matter having come before the Court on the application of Plaintiff Jon Wright to convert the July 15, 2022 Temporary Restraining Order to a preliminary injunction, and this Court having found that plaintiff has demonstrated a likelihood of success on the merits and of irreparable harm absent equitable relief:

1. IT IS HEREBY ORDERED, that Defendant "R B Miah", or as may otherwise be known to Etsy, Inc., is hereby restrained and enjoined from engaging in any of the following acts:

    a. advertising, marketing, distributing, displaying, offering for sale, selling, or otherwise dealing with any of the Subject Works referenced in Plaintiff's Complaint, or any works substantially similar thereto;

    b. directly or indirectly infringing Plaintiff's copyrights to any of the Subject Works;

    c. using or distributing any digital file(s) containing the Subject Works;

    d. secreting, concealing, destroying, altering, selling off, transferring or otherwise disposing of and/or dealing with: (i) infringing products and/or (ii) any computer files, data, business records, documents or any other records or evidence relating to their user accounts, Etsy storefronts, or Defendants' assets, as well as any information, content, etc., relating to all listings offered by Defendant.

    e. effecting assignments or transfers, forming new entities or associations, or creating and/or utilizing any other platform, user account, storefront or any other means of display and distribution of infringing material for the purposes of circumventing or otherwise avoiding the prohibitions set forth in this Order; and

    f. instructing any other person/entity to engage in any of the prohibited activities stated in this Order.

2. IT IS HEREBY ORDERED, that the third-party service provider Etsy, Inc., is hereby restrained and enjoined from engaging in any of the following acts or omissions:

    a. secreting, concealing, transferring, disposing of, withdrawing, encumbering or paying Defendant's assets from or to Defendant's financial accounts until further ordered by this Court;

    b. secreting, concealing, destroying, altering, selling off, transferring or otherwise disposing of and/or dealing with any computer files, data, business records, documents or any other records or evidence relating to Defendant's assets and Defendant's financial accounts;

    c. instructing any person/entity to engage in any of the prohibited activities stated in this Order.

3. IT IS HEREBY ORDERED, as sufficient cause has been shown, that service may be made, and shall be deemed effective as to Defendant if it is completed by the following means:

    a. Delivery of PDF copies of this Order, together with the Summons and Complaint to Defendant's email address: lilahbren3286294@gmail.com, teodoraverlindenvuq79@gmail.com, and forestanderson905685@gmail.com.

4. IT IS HEREBY ORDERED, as sufficient cause has been shown, that alternative service by electronic means shall be deemed effective as to Etsy, Inc. by the below means:

   a. Delivery of a PDF copy of this Order to legal@etsy.com.

5. IT IS HEREBY ORDERED that Plaintiff shall deliver a copy of this Order by overnight mail noting "Attention: Legal Department" on the envelope to Etsy, Inc. at 117 Adams Street, Brooklyn, NY 11201.

SO ORDERED.

Dated: August 12, 2022
       Brooklyn, New York

s/Carol Bagley Amon

_____
Carol Bagley Amon
United States District Judge